UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ANTHONY HABERLI

    Plaintiff,

                                     Case No.: 20-cv-473

    v.

IRON WORKS CONSTRUCTION LLC, *et. al.*

    Defendants

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Anthony Haberli, hereby stipulates pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) that this matter may be dismissed with prejudice and without costs to either party.

Dated: July 9, 2020                By: *s/ Scott S. Luzi*
                                           Scott S. Luzi, SBN 1067405
                                           Walcheske & Luzi, LLC
                                           15850 W. Bluemound Road, Suite 304
                                           Brookfield, Wisconsin 53005
                                           Telephone: (262) 780-1953
                                           E-mail:sluzi@walcheskeluzi.com

                                           *Attorneys for Plaintiff*